394 A.2d 630

Wallace et al., Appellants, v. Firemen's Fund American Insurance Companies.

Sept. 25, 1978.

624

Argued June 19, 1978. James F. Proud, for appellants; George J. McConchie, for appellee.

Order affirmed.